ORIGINAL

FILED
AUG 28 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

****************************************

**THE REDLAND COMPANY, INC., for itself and for the use and benefit of Homestead Paving Co. and APAC, Inc.,**

**Plaintiff,**

**v.**

**No.: 08-606 C**

**UNITED STATES OF AMERICA**

**Defendant.**

****************************************

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the United States Court of Federal Claims, Plaintiff The Redland Company, Inc., for itself and for the use and benefit of Homestead Paving Co., and APAC, Inc. ("Redland") hereby files its disclosure statement and states:

1. Redland is a nongovernmental corporate party in this action.
2. There is no parent corporation.
3. Redland is not a publicly held corporation.

Dated: August 27 2008

Respectfully submitted,

Joseph W. Lawrence, II

Joseph W. Lawrence, II
Florida Bar No. 211303
Vezina, Lawrence & Piscitelli, P.A.
The Museum Building
300 SW First Avenue Suite 150
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1270
Facsimile: (954) 728-1271

Attorneys for The Redland Company, Inc., for itself and for the use and benefit of Homestead Paving Co. and APAC, Inc.