# In the United States Court of Federal Claims

**August 26, 2008**

**No. 08-606 C**

**THE REDLAND COMPANY, INC., for itself and for the use and benefit of Homestead Paving Co. and APAC, Inc.**

**V.**
**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**
**ADR JUDGE ROBERT H. HODGES Jr.**

As provided for in the provisions of the Court's ADR Pilot Program, effective April 2, 2001, this case has been assigned to the above Judge for the conduct of proceedings in accordance with the Notice of ADR Pilot Program.

Information about this program, as well as model notices, orders and pleadings is available at the court's website - www.uscfc.uscourts.gov.

Brian Bishop
Brian Bishop, Clerk